United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BISHOP,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>    Defendants. | Case No. 19-cv-08254-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE** |

The parties filed a notice of settlement on November 23, 2020. ECF No. 43. The same day, the Court issued an order requiring the parties to file, by January 8, 2021, "either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation." ECF No. 44. It also set a case management conference for February 2, 2021, indicating that the conference would be vacated if the parties filed a timely stipulation of dismissal. *Id.*

As of the date of this order, the parties have not filed anything in response to the Court's November 23, 2020 order. Accordingly, the February 2, 2020 conference is continued to February 16, 2021. By February 9, 2021, the parties must file a joint statement explaining (1) why they failed to comply with the Court's November 2020 order and (2) why the imposition of monetary sanctions is not appropriate, *see Am. Unites for Kids v. Rousseau*, No. 16-56390, ___ F.3d ___,

/ / /

/ / /

/ / /

/ / /

/ / /

2021 WL 221877, at *9 (9th Cir. Jan. 22, 2021) (federal district courts have the inherent power to impose sanctions).

**IT IS SO ORDERED.**

Dated: February 1, 2021



JON S. TIGAR
United States District Judge